1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHRISTINA M. CORCORAN, CA Bar #344683
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   YOBANY MADRIGAL-SANCHEZ
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:23-cr-00007-JLT |
12 | Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
13 | vs. | |
14 | YOBANY MADRIGAL-SANCHEZ, | Date:  November 1, 2023<br>Time:  2:00 p.m. |
15 | Defendant. | |

17     **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18 counsel, Assistant United States Attorney Karen A. Escobar, counsel for plaintiff, and Assistant

19 Federal Defender Christina M. Corcoran, counsel for defendant Yobany Madrigal-Sanchez, that

20 the Court may continue the status conference from November 1, 2023, to February 7, 2024, 2:00

21 p.m.

22     The parties are in receipt of a letter confirming that Mr. Madrigal-Sanchez is doing well

23 in residential treatment at Teen Challenge in Riverside, California.  Accordingly, the parties

24 agree to continue the status conference in this case until February 7, 2024, at 2:00 p.m.

25     Because this case involves a pending supervised release petition, no exclusion of time is

26 necessary.

27 / / /

28 / / /

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 27, 2023   */s/ Karen A. Escobar*
KAREN A. ESCOBAR
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 27, 2023   */s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
YOBANY MADRIGAL-SANCHEZ

# **O R D E R**

GOOD CAUSING APPEARING, the Court hereby continues the status conference scheduled for November 1, 2023, to February 7, 2024, at 2:00 p.m. before the duty magistrate judge.

IT IS SO ORDERED.

Dated: **October 28, 2023**     /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Madrigal-Sanchez Stipulation and
Proposed Order

2